IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Lance M. Granade, | ) | Civil Action No. 0:13-cv-822-PJG |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Carolyn W. Colvin, Acting, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, by her undersigned attorneys, William N. Nettles, United States Attorney for the District of South Carolina, and Barbara M. Bowens, Assistant United States Attorney for said district, has moved this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner.   The agency's Appeals Council will remand the case to an ALJ with instructions to further evaluate the claimant's maximum residual functional capacity, and in so doing, further evaluate the medical and other opinions of record, explaining the reasons for the weight given to these opinions and taking care to specifically address the opinions of the State Agency non-examining consultants.   If warranted, the ALJ will also be directed to obtain supplemental vocational expert evidence to identify the existence of a significant number of jobs that the claimant can perform.   The Appeals Council will recommend that a new decision be issued that is based on the total record.



Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby

**REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** of the cause to the Commissioner for further administrative proceedings.[1] *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

**AND IT IS SO ORDERED.**


_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

November 4, 2013
Columbia, South Carolina

---

[1]The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.