IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Lance M. Granade, | ) | C/A No. 0:13-822-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin, *Acting Commissioner of Social Security*, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Plaintiff has requested attorney fees in the amount of $2,187.50 pursuant to the Equal Access To Justice Act ("EAJA"), 28 U.S.C § 2412(d). The Commissioner has filed a Response stating that she does not object to Plaintiff's motion for fees under the EAJA, for the above-stated amount.

    It is therefore

    **ORDERED** that Defendant shall pay Plaintiff EAJA fees in the amount of $2187.50. This amount shall be mailed care of the Plaintiff's attorney.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

December 19, 2013
Columbia, South Carolina