IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Lance M. Granade, | ) | C/A No. 0:13-822-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT ORDER** |
| | ) | **REGARDING 406(b) FEES** |
| Carolyn W. Colvin, Acting Commissioner of | ) | |
| the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

By a pending Petition, counsel for Plaintiff applied for 406(b) fees in this Social Security disability action. The petitioning attorney for Plaintiff and the attorney for Defendant have now agreed that counsel shall be awarded 406(b) fees in the amount of $10,000.00 for Federal Court-related work. Counsel has fully disclosed to the attorney for Defendant that he has also been awarded $25,000.00 in 406(a) fees for Agency-level work. The total amount of Agency-level fees under 406(a), plus the Federal Court-related fees under 406(b), is still less than 25% of the total amount of past-due benefits which have been withheld from Plaintiff's award ($47,363.00 in benefits were withheld from Plaintiff's award based on his total award of $189,455.00 in past-due benefits).

IT IS THEREFORE ORDERED that Petitioner, J. Leeds Barroll, IV, is awarded $10,000.00 in 406(b) fees, which is in addition to the $25,000.00 already awarded by the Social Security Administration for 406(a) fees.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

February 4, 2015
Columbia, South Carolina

WE SO MOVE AND CONSENT.

| | |
|---|---|
| S/ J. Leeds Barroll, IV | S/ Candace Lawrence |
| J. Leeds Barroll, IV | Candace Lawrence |
| Petitioner & Attorney for Plaintiff | Attorney for Defendant |
| 3630 Bush River Road | Office of the Regional Chief Counsel |
| Columbia, SC 29210 | Social Security Administration |
| (803) 798-3456 | JFK Federal Building, Rm. 625 |
| | Boston, MA 02203-0002 |
| | (617) 565-4230 |